IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCUS JONES,<br>　　Petitioner, | :<br>:<br>: | |
| 　　　　v. | : | CIVIL ACTION NO. 21-CV-2246 |
| M. HOUSER, *et al.,*<br>　　Respondents. | :<br>:<br>: | |

### ORDER

**AND NOW** this 9th day of March, 2023, upon consideration of the Petition for Writ of Habeas Corpus, the response thereto, as well as the state court record, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, to which no objections have been filed, it is hereby **ORDERED** as follows:

The Report and Recommendation is **APPROVED** and **ADOPTED**;

　　2.　　The Petition for Writ of Habeas Corpus is **DISMISSED**; and

　　3.　　A certificate of appealability is **DENIED**, as petitioner has shown neither a denial of a constitutional right, nor established that reasonable jurists would disagree with this Court's disposition of his claim.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　**/s/ Jeffrey L. Schmehl**
　　　　　　　　　　　　　　　　　　JEFFREY L. SCHMEHL, J.